446 A.2d 698

Commonwealth v. Banjoman, Appellant.

Submitted November 30, 1981. Jeffery M. Cook, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.

446 A.2d 698

Commonwealth v. Brown, Appellant.

Submitted June 3, 1981. Andrew K. Parker, for appellant; Kenneth Brown, District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

The order is affirmed.